**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KELLY RUCKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-1135 |
| | § | |
| | § | |
| HARLEQUIN ENTERPRISES, LTD., | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with this court's Memorandum and Opinion of today's date, judgment is granted for the defendant. The plaintiff's claims are dismissed with prejudice, without leave to amend.

This is a final judgment.

SIGNED on February 26, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge